UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
-----------------------------------------------------------------X
JAIME SOSA                                             Case No.:
                                                       21 MC 102 (AKH)
                        Plaintiffs,
                                                       Docket No.: 07CV1706
        -against-

233 BROADWAY OWNERS, LLC, ET AL.,                      NOTICE OF ADOPTION OF
                                                       ANSWER TO MASTER
                                                       COMPLAINT
                        Defendant.
See Rider Attached.                                    Jury Trial Demanded
-----------------------------------------------------------------X

Defendants, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated:    New York, New York
          September 12, 2007

                                        Yours etc.,

                                        CALLAN, KOSTER, BRADY & BRENNAN, LLP
                                        Attorneys for Defendants - BOARD OF
                                        MANAGERS OF THE HUDSON VIEW EAST
                                        CONDOMINIUM, HUDSON VIEW EAST
                                        CONDOMINIUM

                                        By: _____
                                            Vincent A. Nagler ( 6400 )
                                        One Whitehall Street
                                        New York, New York 10004
                                        (212) 248-8800

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

TO:     WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

**RIDER**

JAIME SOSA,

                              Plaintiffs,

- against -

233 BROADWAY OWNERS, LLC, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, LIBERTY HOUSE CONDOMINIUM, R Y MANAGEMENT CO., INC., RECTOR OF TRINITY CHURCH, RY MANAGEMENT, TUCKER ANTHONY, INC., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., AND WFP TOWER A. CO., L.P., ET AL

                              Defendants.

---------------------------------------------------------X