UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-------------------------------------------------------------------x
JAIME SOSA

                                Plaintiff,     Index No.: 07 CV 1706

       -against-                                **NOTICE OF APPEARANCE**

THE BOARD OF MANAGERS OF LIBERTY HOUSE
CONDOMINIUM, I/S/H/A "LIBERTY HOUSE         **ELECTRONICALLY
CONDOMINIUM".                                FILED**

                               Defendants.
-------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE BOARD OF MANAGERS OF LIBERTY HOUSE CONDOMINIUM, I/S/H/A "LIBERTY HOUSE CONDOMINIUM".**

I certify that I am admitted to practice in this court.


Dated:      New York, New York
              December 10, 2007


                                           LONDON FISCHER LLP
                           By:   _____
                                 Gillian Hines Kost (GK-2880)
                                 59 Maiden Lane
                                 New York, New York 10038
                                 Phone: (212) 972-1000
                                 Fax: (212) 972-1030

*Attorney for Defendants*
**THE BOARD OF MANAGERS OF LIBERTY HOUSE CONDOMINIUM, I/S/H/A "LIBERTY HOUSE CONDOMINIUM".**

K: VGFutterman\WTC-Milstein\Plaintiff\Sosa\Pleadings\Notice of Appearance