UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER         21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
JAIME SOSA

                          Plaintiff,         Index No.: 07 CV 1706
    -against-

RECTOR OF TRINITY CHURCH, et al.                **NOTICE OF APPEARANCE**

                          Defendants.      **ELECTRONICALLY FILED**
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

I certify that I am admitted to practice in this court.

Dated:    New York, New York
            December 10, 2007

                                LONDON FISCHER LLP

               By:    _____
                                Gillian Hines Kost (GK-2880)
                                59 Maiden Lane
                                New York, New York 10038
                                Phone: (212) 972-1000
                                Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

K: VGFutterman\WTC-Trinity\Plaintiff\Sosa\Pleadings\Notice of Appearance